UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT, on behalf of herself, and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | CASE NO. 2:17-cv-1611<br><br>STIPULATED MOTION AND ORDER EXTENDING ANSWER DEADLINE AND REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS |

## I. STIPULATION

Defendants Kaiser Foundation Health Plan of Washington, Kaiser Foundation Health Plan of Washington Options, Inc., Kaiser Foundation Health Plan of the Northwest, and Kaiser Foundation Health Plan, Inc., (together, the "Defendants") and Plaintiff Andrea Schmitt ("Plaintiff"), hereby stipulate, agree and jointly move the Court pursuant to LCR 7(d)(1) and LCR 10(g) for an order extending the deadline for Defendants to file an Answer, or other responsive pleading or motion, to January 5, 2018. If Defendants file a motion to dismiss the Plaintiff's Complaint, the parties stipulate and agree that Plaintiff's response to the motion shall be due on February 2, 2018, and Defendants' reply shall be due on February 9, 2018, which will

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

be the noting date.

   *SO STIPULATED.*

   DATED: November 21, 2017

SIRIANNI YOUTH
SPOONEMORE HAMBURGER
*Attorneys for Plaintiff*


By:/s/ *Eleanor Hamburger*
Eleanor Hamburger
Richard E. Spoonemore
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 Fifth Avenue, Suite 2560
Seattle, WA 98104
Email: ehamburger@sylaw.com
Email: rspoonemore@sylaw.com

KARR TUTTLE CAMPBELL
*Attorneys for Defendants*

*/s/ Medora A. Marisseau*
Medora A. Marisseau, WSBA# 23114
Mark A. Bailey, WSBA # 26337
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com
Email: mbailey@karrtuttle.com

1

2

## II. ORDER

3

Pursuant to the foregoing stipulation between Defendants and Plaintiff, Defendants shall

4

file an Answer, or other responsive pleading or motion, by January 5, 2018.  Should Plaintiff file

5

a motion to dismiss the Plaintiff's Complaint, it shall be noted for February 9, 2018, Plaintiff

6

shall file a response to the motion by February 2, 2018, and Defendants shall file a reply no later

7

than February 9, 2018.

8

IT IS SO ORDERED.

9

Dated this 27th day of November, 2017.

10

11

12

13

*MM S Lasnik*

Robert S. Lasnik

14

United States District Judge

15

Presented by:

16

KARR TUTTLE CAMPBELL

17

*Attorneys for Defendants*

18

*s/ Medora A. Marisseau*

19

Medora A. Marisseau, WSBA #23114

Mark A. Bailey, WSBA #26337

20

KARR TUTTLE CAMPBELL

701 Fifth Avenue, Suite 3300

21

Seattle, WA 98104

22

Telephone:  206-223-1313

Facsimile:  206-682-7100

23

Email:  mmarisseau@karrtuttle.com

Email:  mbailey@karrtuttle.com

24

25

26

27

STIPULATED MOTION - 3

CASE NO. 2:17-cv-1611 RSL

#1141504 v1 / 22408-614