UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT and ELIZABETH MOHUNDRO, on their own behalf and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, *et al.*,<br><br>Defendants. | Cause No. C17-1611RSL<br><br>ORDER |

The Ninth Circuit has remanded this matter to the undersigned with instructions to allow plaintiffs to amend their complaint. The parties shall, within fourteen days of the date of this Order, submit a Joint Status Report setting forth the parties' recommendations for:

(a) the amendment deadline;

(b) the class certification deadline; and

(c) a new trial date.

Dated this 9th day of September, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1