UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT and ELIZABETH MOHONDRO, each on their own behalf, and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendants. | CASE NO. 2:17-cv-01611 RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT |

Defendants' motion for an extension of time (Dkt. # 59) is GRANTED. Defendants' Response to the Third Amended Complaint shall be filed by December 3, 2020.

Dated this 6th day of November, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 2:17-cv-01611 RSL
#1349774 v1 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100