UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT and ELIZABETH MOHONDRO, each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO. 2:17-cv-1611-RSL<br><br>ORDER GRANTING PLAINTIFFS LEAVE TO FILE FOURTH AMENDED COMPLAINT |

THIS MATTER comes before the Court on Plaintiffs' Motion for Leave to File the Fourth Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2) and LCR 15. The Court has reviewed all the pleadings and filings in the record, including Plaintiffs' unopposed Motion and the proposed Fourth Amended Complaint in *Appendix A* thereto.

Pursuant to Fed. R. Civ. P. 15(a)(2) and LCR 15, Plaintiff's Motion for Leave to File Plaintiffs' Fourth Amended Complaint is GRANTED. Plaintiff may file the Fourth Amended Complaint.

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE FOURTH AMENDED COMPLAINT – 1

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

DATED: December 15, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 *s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel.  (206) 223-0303; Fax (206) 223-0246
Email: ehamburger@sylaw.com
          rspoonemore@sylaw.com

Of Counsel:

 *s/ John F. Waldo*
John F. Waldo, *Pro Hac Vice*
Law Office of John F. Waldo
2108 McDuffie St.
Houston, TX 77019
Tel. (206) 849-5009
Email: johnfwaldo@hotmail.com

*Attorneys for Plaintiffs*

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE FOURTH AMENDED COMPLAINT – 2

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246