UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANDREA SCHMITT and ELIZABETH MOHONDRO, each on their own behalf, and on behalf of all similarly situated individuals,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,

Defendants.

CASE NO. 2:17-cv-01611 RSL

UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT

**UNOPPOSED MOTION**

Defendants Kaiser Foundation Health Plan of Washington, Kaiser Foundation Health Plan of Washington Options, Inc., Kaiser Foundation Health Plan of the Northwest, and Kaiser Foundation Health Plan, Inc., ("Defendants"), through their counsel, respectfully requests the time for response to Plaintiffs' Fourth Amended Complaint be extended to January 28, 2021. Defendants have not previously sought an extension to respond to Plaintiffs' Fourth Amended Complaint. This motion is for good cause and not for the purpose of delay. Plaintiff's counsel has been advised and does not oppose the instant motion.

UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT - 1
CASE NO. 2:17-cv-01611 RSL

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Accordingly, Defendants respectfully request the deadline for response to Plaintiff's Amended Complaint be extended to **January 28, 2021**. By submitting this motion Defendant does not waive any defenses.

Dated this 24th day of December, 2020.

KARR TUTTLE CAMPBELL

*s/Medora A. Marisseau*
Medora A. Marisseau, WSBA #23114
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
mbailey@karrtuttle.com
mmarisseau@karrtuttle.com
*Attorneys for the Defendants*

UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO RESPOND
TO FOURTH AMENDED COMPLAINT - 2
CASE NO. 2:17-cv-01611 RSL

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**ORDER**

IT IS SO ORDERED. Defendants' Response to the Fourth Amended Complaint shall be filed by January 28. 2021.

Dated this 28th day of December, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*s/Medora A. Marisseau*
Medora A. Marisseau, WSBA #23114
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
mbailey@karrtuttle.com
mmarisseau@karrtuttle.com
*Attorneys for the Defendants*

UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT - 3
CASE NO. 2:17-cv-01611 RSL

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100