The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT and ELIZABETH MOHONDRO, each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | CASE NO. 2:17-cv-01611 RSL<br><br>SECOND UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT |

**UNOPPOSED MOTION**

Defendants Kaiser Foundation Health Plan of Washington, Kaiser Foundation Health Plan of Washington Options, Inc., Kaiser Foundation Health Plan of the Northwest, and Kaiser Foundation Health Plan, Inc., ("Defendants"), through their counsel, respectfully request the time for response to Plaintiffs' Fourth Amended Complaint be extended to March 15, 2021. Defendants have previously sought an extension to respond to Plaintiffs' Fourth Amended Complaint, which was granted by this Court on December 28, 2020 (Dkt. 67). This motion is for good cause as the

SECOND UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT - 1
CASE NO. 2:17-cv-01611 RSL
#1365923 v1 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

parties explore potential resolution and not for the purpose of delay. Plaintiffs' counsel has been advised and does not oppose the instant motion.

Accordingly, Defendants respectfully request the deadline for response to Plaintiff's Amended Complaint be extended to **March 15, 2021**. By submitting this motion Defendant does not waive any defenses, including without limitation, the defense to lack of personal jurisdiction.

Dated this 28th day of January, 2021.

KARR TUTTLE CAMPBELL

*s/Medora A. Marisseau*
Medora A. Marisseau, WSBA #23114
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
mbailey@karrtuttle.com
mmarisseau@karrtuttle.com
*Attorneys for the Defendants*

SECOND UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT - 2
CASE NO. 2:17-cv-01611 RSL
#1365923 v1 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**ORDER**

IT IS SO ORDERED. Defendants' Response to the Fourth Amended Complaint shall be filed by March 15. 2021.

ORDERED this 29th day of January, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

SECOND UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT - 3
CASE NO. 2:17-cv-01611 RSL
#1365923 v1 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100