UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHONDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO.  2:17-cv-01611-RSL<br><br>STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS |

### I.  STIPULATION

The parties by and through their counsel hereby propose the following deadlines for Defendants' anticipated Motion to Dismiss and the parties' briefing in response to it:

- Defendants shall file their Motion to Dismiss in response to Plaintiffs' Fourth Amended Complaint on or before March 18, 2021 with a noting date of April 16, 2021.

STIPULATION AND ORDER ON BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO DISMISS – 1
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

- Plaintiffs shall file their responsive briefing to the Motion to Dismiss on or before April 12, 2021.
- Defendants shall file their reply briefing in support of their Motion to Dismiss on or before April 16, 2021.

DATED: March 15, 2021.

| KARR TUTTLE CAMPBELL | SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC |
|---|---|
| */s/ Medora A. Marisseau* (per email authorization) | */s/ Eleanor Hamburger* |
| Medora A. Marisseau (WSBA #23114) | Eleanor Hamburger (WSBA #26478) |
| Mark A. Bailey (WSBA #26337) | Richard E. Spoonemore (WSBA #21833) |
| 701 Fifth Avenue, Suite 3300 | 3101 Western Avenue, Suite 350 |
| Seattle, WA 98104 | Seattle, WA 98121 |
| Telephone: 206-223-1313 | Tel. (206) 223-0303; Fax (206) 223-0246 |
| Facsimile: 206-682-7100 | ehamburger@sylaw.com |
| mbailey@karrtuttle.com | rspoonemore@sylaw.com |
| mmarisseau@karrtuttle.com | |
| *Attorneys for the Defendants* | Of Counsel |
| | John F. Waldo, *Pro Hac Vice* |
| | Law Office of John F. Waldo |
| | 2108 McDuffie St. |
| | Houston, TX 77019 |
| | Tel. (206) 849-5009 |
| | johnfwaldo@hotmail.com |
| | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER ON BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO DISMISS – 2
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II.  ORDER

The above having been stipulated by all parties, and the Court having found good cause, IT IS SO ORDERED that the following deadlines are ordered:

| | |
|---|---|
| Defendants' Motion to Dismiss: | Due on or before March 18, 2021 |
| Plaintiffs' Responsive Briefing: | Due on or before April 12, 2021 |
| Defendants' Reply briefing: | Due on or before April 16, 2021. |

DATED this 18th day of March, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER ON BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO DISMISS – 3
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246