# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHONDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO. 2:17-cv-01611-RSL<br><br>STIPULATION AND ORDER SETTING TRIAL DATE & RELATED DATES |

## I. STIPULATION

The parties by and through their counsel hereby propose that the Order Setting Trial Date and Related Dates (Dkt. No. 55) be amended for good cause due to Defendants' pending Motion to Dismiss the Fourth Amended Complaint. The parties anticipate that a four month delay of the case scheduling order is proper in order to allow the parties to complete briefing on the defendants' Motion, and for the Court to render its decision.

STIPULATION AND ORDER RE: ORDER SETTING
TRIAL DATE AND RELATED DATES (DKT. NO. 55) – 1
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

The Parties agree that the Case Scheduling Order should be amended as follows:

| | |
|---|---|
| Trial Date: | May 16, 2022 or thereafter |
| Motion for Class Certification | August 5, 2021 |
| Reports from Expert Witnesses due under FRCP 26(a)(2) | November 5, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Settlement conference held no later than | December 20, 2021 |
| Discovery completely by | January 14, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | February 11, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. | March 11, 2022 |
| Replies will be accepted. | |
| Agreed pretrial order due | March 25, 2022 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs and trial exhibits due | April 18, 2022 |
| Length of Trial: 6 days | Non Jury |

STIPULATION AND ORDER RE: ORDER SETTING
TRIAL DATE AND RELATED DATES (DKT. NO. 55) – 2
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

DATED: April 8, 2021.

| KARR TUTTLE CAMPBELL | SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC |
|---|---|
| */s/ Medora A. Marisseau* *(per email authorization)* | */s/ Eleanor Hamburger* |
| Medora A. Marisseau (WSBA #23114) | Eleanor Hamburger (WSBA #26478) |
| Mark A. Bailey (WSBA #26337) | Richard E. Spoonemore (WSBA #21833) |
| 701 Fifth Avenue, Suite 3300 | 3101 Western Avenue, Suite 350 |
| Seattle, WA 98104 | Seattle, WA 98121 |
| Telephone: 206-223-1313 | Tel. (206) 223-0303; Fax (206) 223-0246 |
| Facsimile: 206-682-7100 | ehamburger@sylaw.com |
| mmarisseau@karrtuttle.com | rspoonemore@sylaw.com |
| mbailey@karrtuttle.com | |
| | Of Counsel |
| *Attorneys for the Defendants* | John F. Waldo, *Pro Hac Vice* |
| | Law Office of John F. Waldo |
| | 2108 McDuffie St. |
| | Houston, TX 77019 |
| | Tel. (206) 849-5009 |
| | johnfwaldo@hotmail.com |
| | |
| | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER RE: ORDER SETTING
TRIAL DATE AND RELATED DATES (DKT. NO. 55) – 3
[Case No. 2:17-cv-01611-RSL]

## II.  ORDER

The above having been stipulated by all parties, and the Court having found good cause, IT IS SO ORDERED that the Order Setting Trial Date and Related Dates (Dkt. No. 55) is ordered amended as follows:

| | |
|---|---|
| Trial Date: | June 6, 2022 |
| Motion for Class Certification | August 5, 2021 |
| Reports from Expert Witnesses due under FRCP 26(a)(2) | November 5, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Settlement conference held no later than | December 20, 2021 |
| Discovery completely by | January 14, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | February 11, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. | March 11, 2022 |
| Replies will be accepted. | |
| Agreed pretrial order due | March 25, 2022 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs and trial exhibits due | April 18, 2022 |
| Length of Trial: 6 days | Non Jury |

DATED: April 9, 2021.

*Robt S Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER RE: ORDER SETTING
TRIAL DATE AND RELATED DATES (DKT. NO. 55) – 4
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246