UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHONDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO. 2:17-cv-01611-RSL<br><br>SECOND STIPULATION AND ORDER RE: ORDER SETTING TRIAL DATE AND RELATED DATES |

## I. STIPULATION

The parties by and through their counsel hereby propose that the Order Setting Trial Date and Related Dates (Dkt. No. 74) be stricken for good cause due to Defendants' pending Motion to Dismiss the Fourth Amended Complaint (Dkt. No. 72).

SECOND STIPULATION AND ORDER RE: ORDER
SETTING TRIAL DATE AND RELATED DATES – 1
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

The parties agree that, if this litigation proceeds after the Court rules on the pending Motion to Dismiss, the parties will meet and confer on a proposed case scheduling order within ten (10) days of the Court's ruling.

If the parties are able to agree on a new proposed Case Scheduling Order, they shall submit the proposed Order to the Court no later than twenty (20) days after the Court's ruling. If the parties are unable to agree on a new proposed Case Scheduling Order, they may submit competing proposed Case Scheduling Orders to the Court on the same timeline.

The parties further agree that if this case proceeds, Plaintiffs will file their Motion for Class Certification by no later than 60 days from the date of the Court's ruling on Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint.

DATED: July 26, 2021.

| KARR TUTTLE CAMPBELL | SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC |
|---|---|
| /s/ (per email authorization) | /s/ Eleanor Hamburger |
| Medora A. Marisseau (WSBA #23114) | Eleanor Hamburger (WSBA #26478) |
| Mark A. Bailey (WSBA #26337) | Richard E. Spoonemore (WSBA #21833) |
| 701 Fifth Avenue, Suite 3300 | 3101 Western Avenue, Suite 350 |
| Seattle, WA 98104 | Seattle, WA 98121 |
| Telephone: (206) 223-1313 | Tel. (206) 223-0303; Fax (206) 223-0246 |
| Facsimile: (206) 682-7100 | ehamburger@sylaw.com |
| mmarisseau@karrtuttle.com | rspoonemore@sylaw.com |
| mbailey@karrtuttle.com | |
| | Of Counsel |
| *Attorneys for the Defendants* | John F. Waldo, *Pro Hac Vice* |
| | LAW OFFICE OF JOHN F. WALDO |
| | 2108 McDuffie Street |
| | Houston, TX 77019 |
| | Tel. (206) 849-5009 |
| | johnfwaldo@hotmail.com |
| | *Attorneys for Plaintiffs* |

SECOND STIPULATION AND ORDER RE: ORDER SETTING TRIAL DATE AND RELATED DATES – 2
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II. ORDER

The above having been stipulated by all parties, and the Court having found good cause, IT IS SO ORDERED that the Order Setting Trial Date and Related Dates (Dkt. No. 74) is stricken.

The parties shall meet and confer on a new case scheduling order by no later than ten days after the Court issues its decision on Defendants' Motion to Dismiss the Fourth Amended Complaint (Dkt. No. 72).

The parties shall file a jointly proposed Case Scheduling Order by no later than twenty days after the Court issues its decision on Defendants' Motion to Dismiss the Fourth Amended Complaint. If the parties are unable to agree on a jointly proposed Case Scheduling Order, they may submit competing proposed Orders on the same timeline.

Plaintiffs will file their Motion for Class Certification by no later than 60 days from the date of the Court's ruling on Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint.

DATED this 27th day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SECOND STIPULATION AND ORDER RE: ORDER
SETTING TRIAL DATE AND RELATED DATES – 3
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246