UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | CASE NO. 2:17-cv-1611-RSL<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME RE: ANSWER TO THE FOURTH AMENDED COMPLAINT |

This Court, having reviewed Defendants' Unopposed Motion to Extend Time Re: Answer to the Fourth Amended Complaint, and having found good cause: IT IS SO ORDERED that the deadline shall be extended as follows:

Defendants' Answer to the Fourth Amended Complaint       **September 1, 2022**

Dated this 22nd day of August, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME RE: ANSWER TO FOURTH AMENDED COMPLAINT- 1
CASE NO. 2:17-cv-1611-RSL

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100