UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHONDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO. 2:17-cv-01611-RSL<br><br>ORDER RE: TRIAL DATE AND RELATED DATES |

The Parties agree, and the Court hereby ORDERS, that the Case Scheduling Order in the above-captioned matter shall be as follows:

Trial Date: November 6, 2023

Motion for Class Certification to be filed by: January 12, 2023

ORDER RE: TRIAL DATE AND RELATED DATES – 1
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

| | |
|---|---|
| Reports from Expert Witnesses due under FRCP 26(a)(2): | March 17, 2023 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Discovery completely by: | May 19, 2023 |
| Settlement conference held no later than: | June 16, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | July 7, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter.  Replies will be accepted. | September 8, 2023 |
| Agreed pretrial order due: | October 18, 2023 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs and trial exhibits due: | October 30 2023 |
| Length of Trial: 6 days | Non Jury |

Dated this 22nd day of August, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RE: TRIAL DATE AND RELATED DATES – 2
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246