UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-1611-RSL<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME RE: BRIEFING FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO SEAL |

　　This Court, having reviewed Defendants' Motion to Extend Time Re: Briefing Schedule for Plaintiffs' Motion for Class Certification and Motion to Seal, and having found good cause: IT IS SO ORDERED that the briefing schedule shall be extended as follows:

The briefing schedule for Plaintiffs' Motion for Class Certification (Dkt. 90) will be extended as set forth below:

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME RE: BRIEFING FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND MOTION TO SEAL- 1

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

- **February 21, 2023**: Defendants' Opposition to Plaintiffs' Motion for Class Certification

- **March 3, 2023**: Plaintiffs' Reply to Motion for Class Certification (This would be the new noting date as well)

The briefing schedule for Plaintiffs' Motion to Seal (Dkt. 89) briefing will be extended as set forth below:

- **March 6, 2023**: Defendants' Opposition to Plaintiffs' Motion to Seal

- **March 10, 2023**: Plaintiffs' Reply to Motion to Seal (This would be the new noting date as well)

Dated this 20th day of January, 2023.

Robert S. Lasnik
United States District Judge

Presented by:

**KARR TUTTLE CAMPBELL**
Attorneys for the Defendants

*s/Medora Marisseau*
Medora A. Marisseau, WSBA# 23114
Mark A. Bailey, WSBA #26337
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  mmarisseau@karrtuttle.com
Email:  mbailey@karrtuttle.com
Email:  jhoward@karrtuttle.com

ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
RE: BRIEFING FOR PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION AND MOTION TO SEAL- 2

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100