UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendants. | CASE NO. 2:17-cv-1611-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |

This Court, having reviewed the parties Stipulated Motion to Extend Pretrial Deadlines, and having found good cause: IT IS SO ORDERED that the pre-trial schedule shall be extended as follows:

///

///

DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME RE: EXPERT WITNESS DISCLOSURES- 1
CASE NO. 2:17-cv-01611-RSL
#5347647 v1 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

|   | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Witness Disclosure | March 17, 2023 | May 12, 2023 |
| Expert Rebuttal Disclosure | April 17, 2023 | June 12, 2023 |
| Discovery Deadline | May 19, 2023 | July 7, 2023 |

All other pretrial deadlines to remain the same.

Dated this 13th day of March, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

**Karr Tuttle Campbell**
*Attorneys for the Defendants*

s/ Medora A. Marisseau
Medora A. Marisseau, WSBA# 23114
Mark A. Bailey, WSBA #26337
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com
Email: mbailey@karrtuttle.com
Email: jhoward@karrtuttle.com

DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME RE: EXPERT WITNESS DISCLOSURES- 2
CASE NO. 2:17-cv-01611-RSL
#5347647 v1 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  **Sirianni Youtz Spoonemore Hamburger**
   *Attorneys for Plaintiffs*
2
   *s/ Eleanor Hamburger*
3  Eleanor Hamburger
   Richard E. Spoonemore
4  SIRIANNI YOUTZ SPOONEMORE
   HAMBURGER
5  3101 Western Avenue Ste 350
   Seattle, WA 98121
6  206-223-0303
   Fax: 206-223-0246
7  Email: ehamburger@sylaw.com
   Email: rspoonemore@sylaw.com
8
   **Law Office of John F Waldo**
9
   John F. Waldo
10 2108 McDuffie Street
   Houston, TX 77019
11 206-849-5009
   Email: johnfwaldo@hotmail.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME RE: EXPERT WITNESS DISCLOSURES- 3
CASE NO. 2:17-cv-01611-RSL
#5347647 v1 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to this action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104. On this day, I caused a true and correct copy of the foregoing document to be filed with the Court and served on the parties listed below in the manner indicated.

| | |
|---|---|
| Eleanor Hamburger<br>Richard E. Spoonemore<br>SIRIANNI YOUTZ SPOONEMORE HAMBURGER<br>3101 Western Avenue Ste 350<br>Seattle, WA 98121<br>206-223-0303<br>Fax: 206-223-0246<br>ehamburger@sylaw.com<br>rspoonemore@sylaw.com<br>*Attorneys for the Plaintiffs* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| John F. Waldo<br>LAW OFFICE OF JOHN F WALDO<br>2108 McDuffie Street<br>Houston, TX 77019<br>206-849-5009<br>Email: johnfwaldo@hotmail.com<br>*Attorneys for the Plaintiffs* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 10th day of March, 2023, at Seattle, Washington.

*s/ Luci Brock*
Litigation Legal Assistant

DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME RE: EXPERT WITNESS DISCLOSURES- 4
CASE NO. 2:17-cv-01611-RSL
#5347647 v1 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100