UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, et al.,<br><br>                    Defendants. | CASE NO. 2:17-cv-01611-RSL<br><br>AMENDED ORDER REGARDING MOTION TO SEAL (DKT. # 89) |

This matter comes before the Court on "Plaintiffs' Placeholder Motion to Seal/Redact" (Dkt. # 89) and defendants' response thereto (Dkt. # 108). Having considered the documents at issue and the context in which they are offered, the Court orders as follows:

The Clerk of Court is directed to unseal Docket Nos. 90, 92-1, 92-2, 92-3, and 92-4. Defendants' request that Docket Nos. 92, 92-5, and 104 remain under seal is GRANTED. A redacted version of Docket No. 92 can be found at Docket No. 108-1.

Dated this 13th day of March, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

AMENDED ORDER REGARDING MOTION TO SEAL
(DKT. # 89) - 1