The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO. 2:17-cv-1611-RSL<br><br>DECLARATION OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT<br><br>**Note on Motion Calendar:**<br>**April 14, 2023** |

I, Eleanor Hamburger, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1. I am a partner at Sirianni Youtz Spoonemore Hamburger PLLC and am one of the attorneys for Plaintiffs in this action.

DECLARATION OF ELEANOR HAMBURGER – 1
Case No. 2:17-cv-1611-RSL

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

2. Since the Court denied Kaiser's Motion to Dismiss the Fourth Amended Complaint, Plaintiffs have engaged in extensive discovery, serving four separate requests for written discovery and taking the Rule 30(b)(6) deposition of Kaiser Foundation Health Plan of Washington and Kaiser Foundation Health Plan of Washington Options. Additional discovery is still outstanding, and Plaintiffs will take the depositions of five of Kaiser's witnesses in early April.

3. Kaiser served its first written discovery request on Plaintiffs on March 3, 2023. Defendants have not taken any depositions in this litigation to date.

4. I wrote Kaiser's counsel to inform them of our plan to amend the Complaint and provided a redlined copy of the proposed amended complaint. Defense counsel objected and did not agree to stipulate to the amendment.

5. Defense counsel has plenty of time to conduct discovery related to disparate impact discrimination. Should Defendants require additional time, Plaintiffs are open to a reasonable extension of the case schedule including the trial date.

DATED this 30th day of March, 2023, at Seattle, Washington.

*/s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel. (206) 223-0303; Fax (206) 223-0303
Email: ehamburger@sylaw.com

*Attorneys for Plaintiffs*

DECLARATION OF ELEANOR HAMBURGER – 2
Case No. 2:17-cv-1611-RSL

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246