# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHONDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO. 2:17-cv-1611-RSL<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO SEAL/REDACT SUPPLEMENTAL HAMBURGER DECLARATION, EXHIBIT F |

This matter comes before the Court on "Joint Stipulated Motion to Seal/Redact Supplemental Hamburger Declaration, Exhibit F" filed April 14, 2023. Having considered the documents at issue and the context in which they are offered, the Court orders as follows:

ORDER GRANTING JOINT STIPULATED MOTION TO SEAL/REDACT SUPPLEMENTAL HAMBURGER DECLARATION, EXHIBIT F – 1
[Case No. 2:17-cv-1611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

1   The parties' Joint Stipulated Motion to Seal/Redact Supplemental Hamburger
2   Declaration, Exhibit F is GRANTED.  Exhibit F (Dkt. No. 121) shall remain under seal.

    Dated this 17th day of April, 2023.

                                    *signature*
                                    Robert S. Lasnik
                                    United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 /s/ Eleanor Hamburger
Eleanor Hamburger, WSBA #26478
Richard E. Spoonemore, WSBA #21833
Daniel S. Gross, WSBA #23992
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
Email: ehamburger@sylaw.com
       rspoonemore@sylaw.com
       dgross@sylaw.com
*Attorneys for Plaintiffs*

KARR TUTTLE CAMPBELL

 /s/ Medora A. Marisseau
Medora A. Marisseau, WSBA# 23114
Mark A. Bailey, WSBA #26337
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel. 206-223-1313; Fax 206-682-7100
Email:  mmarisseau@karrtuttle.com
        mbailey@karrtuttle.com
        jhoward@karrtuttle.com
*Attorneys for Defendants*

ORDER GRANTING JOINT STIPULATED
MOTION TO SEAL/REDACT SUPPLEMENTAL
HAMBURGER DECLARATION, EXHIBIT F – 2
[Case No. 2:17-cv-1611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246