UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO. 2:17-cv-01611-RSL<br><br>STIPULATION AND ORDER RE: SETTLEMENT CONFERENCE DEADLINE |

**I. STIPULATION**

The parties by and through their counsel hereby propose that the deadline for settlement conference contained in the Order Re: Trial Date and Related Dates (Dkt. No. 86 as amended by Dkt. No. 109) be amended for good cause. The parties' counsel have met and conferred and agree that mediation in mid to late July would be more fruitful than a settlement conference before June 16, 2023. The parties are in the process of

STIPULATION AND ORDER RE: SETTLEMENT CONFERENCE DEADLINE – 1
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

identifying a potential mediator and date for mediation. They anticipate that a delay of the deadline for settlement conference to July 28, 2023 will be sufficient time for the parties to locate a mediator and participate in mediation.

The Parties agree that the Case Scheduling Order should be amended as follows:

Settlement conference held no later than          July 28, 2023

The trial date and other dates shall remain as scheduled in Dkt. No. 86 and Dkt. 109.

DATED: June 12, 2023.

| KARR TUTTLE CAMPBELL | SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC |
|---|---|
| /s/ Medora A. Marisseau *(per email authorization)* | /s/ Eleanor Hamburger |
| Medora A. Marisseau (WSBA #23114) | Eleanor Hamburger (WSBA #26478) |
| Mark A. Bailey (WSBA #26337) | Richard E. Spoonemore (WSBA #21833) |
| 701 Fifth Avenue, Suite 3300 | 3101 Western Avenue, Suite 350 |
| Seattle, WA 98104 | Seattle, WA 98121 |
| Telephone: 206-223-1313 | Tel. (206) 223-0303; Fax (206) 223-0246 |
| Facsimile: 206-682-7100 | ehamburger@sylaw.com |
| mmarisseau@karrtuttle.com | rspoonemore@sylaw.com |
| mbailey@karrtuttle.com | |

*Attorneys for the Defendants*

Of Counsel
John F. Waldo, *Pro Hac Vice*
Law Office of John F. Waldo
2108 McDuffie St.
Houston, TX 77019
Tel. (206) 849-5009
johnfwaldo@hotmail.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER RE: SETTLEMENT
CONFERENCE DEADLINE – 2
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II.  ORDER

The above having been stipulated by all parties, and the Court having found good cause, IT IS SO ORDERED that the Order Setting Trial Date and Related Dates (Dkt. No. 86, as amended by Dkt. No. 109) is ordered amended as follows:

Settlement conference held no later than          July 28, 2023

The trial date and other dates shall remain as scheduled in Dkt. No. 86 and Dkt. 109.

DATED: June 13, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER RE: SETTLEMENT CONFERENCE DEADLINE – 3
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246