UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | NO. 2:17-cv-01611-RSL<br><br>STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS |

## I. STIPULATION

The parties by and through their counsel hereby propose and stipulate to the following briefing schedule on their pending and anticipated dispositive motions.

Specifically, with regard to the pending motions for partial summary judgment regarding RCW 48.43.0128, (Dkt. Nos. 129 and 137), the parties will renote their pending Motions for Partial Summary Judgment to July 21, 2023.

Plaintiffs will file their Consolidated Reply in Support of their Motion for Partial Summary Judgment and Response to Defendants' Cross Motion on July 17, 2023.

STIPULATION AND ORDER RE: BRIEFING SCHEDULE
ON DISPOSITIVE MOTIONS – 1
[Case No. 2:17-cv-01611-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Defendants will file their Reply in support of their Cross Motion on July 21, 2023.

Additionally, both Plaintiffs and Defendant anticipate filing dispositive motions regarding the Plaintiffs' claim under the Affordable Care Act's anti-discrimination statute.

The parties stipulate that both parties shall file their opening briefs on or before July 7, 2023, which is the established deadline for the filing of dispositive motions.

The Motions shall be noted for consideration on August 4, 2023. The parties will file responsive briefing to the motions on August 4, 2023. The parties agree that no reply briefing will be filed.

The trial date and other dates shall remain as scheduled in Dkt. No. 86 and modified by Dkt. Nos. 110 and 136.

DATED: June 23, 2023.

| KARR TUTTLE CAMPBELL | SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC |
|---|---|
| /s/ Medora A. Marisseau *(per email authorization)* | /s/ Eleanor Hamburger |
| Medora A. Marisseau (WSBA #23114) | Eleanor Hamburger (WSBA #26478) |
| Mark A. Bailey (WSBA #26337) | Richard E. Spoonemore (WSBA #21833) |
| 701 Fifth Avenue, Suite 3300 | 3101 Western Avenue, Suite 350 |
| Seattle, WA 98104 | Seattle, WA 98121 |
| Telephone: 206-223-1313 | Tel. (206) 223-0303; Fax (206) 223-0246 |
| Facsimile: 206-682-7100 | ehamburger@sylaw.com |
| mmarisseau@karrtuttle.com | rspoonemore@sylaw.com |
| mbailey@karrtuttle.com | |
| *Attorneys for the Defendants* | Of Counsel |
| | John F. Waldo, *Pro Hac Vice* |
| | Law Office of John F. Waldo |
| | 2108 McDuffie St. |
| | Houston, TX 77019 |
| | Tel. (206) 849-5009 |
| | johnfwaldo@hotmail.com |
| | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS – 2
[Case No. 2:17-cv-01611-RSL]

Sirianni Youtz Spoonemore Hamburger pllc
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Tel. (206) 223-0303   Fax (206) 223-0246

## II. ORDER

The above having been stipulated by all parties, and the Court having found good cause, IT IS SO ORDERED that the briefing schedule on the pending and anticipated dispositive motions shall be as described in the parties' Stipulation above.

The trial date and other dates shall remain as scheduled in Dkt. No. 86 and modified in Dkt. 110 and 136.

Dated this 26th day of June, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS – 3
[Case No. 2:17-cv-01611-RSL]

Sirianni Youtz
Spoonemore Hamburger pllc
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Tel. (206) 223-0303   Fax (206) 223-0246