1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
23
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREA SCHMITT, *et al.*,

          Plaintiffs,

    v.

KAISER FOUNDATION HEALTH PLAN
OF WASHINGTON, *et al.*,

          Defendants.

Cause No. C17-1611RSL

ORDER GRANTING
MOTION TO SEAL

      This matter comes before the Court on "Plaintiffs' Placeholder Motion to Seal/Redact."

Dkt. # 128. The Court, having considered the motion and defendants' response thereto, hereby

ORDERS that the motion is GRANTED insofar as Dkt. # 139, # 139-1, and # 139-2 shall

remain under seal.

      Dated this 6th day of July, 2023.

                             *Robert S. Lasnik*
                             Robert S. Lasnik
                             United States District Judge