UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of all similarly situated individuals,<br><br>                    Plaintiffs,<br><br>         v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>                    Defendants. | NO. 2:17-cv-01611-RSL<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE CONCURRENT DISPOSITIVE MOTIONS** |

This Motion for Leave to File Concurrent Dispositive Motions, in which defendants have joined, is GRANTED. The parties may file their motions for partial summary judgment regarding the Affordable Care Act and associated briefing, consistent with the requirements of LCR 7(e)(3).

Dated this 12th day of July, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE
CONCURRENT DISPOSITIVE MOTIONS – 1
[Case No. 2:17-cv-01611-RSL]