|     |     |
| --- | --- |
| 1   | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of similarly situated individuals,

　　　　Plaintiffs,

　　v.

KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,

　　　　Defendants.

CASE NO. 2:17-cv-1611-RSL

STIPULATION AND PROPOSED ORDER OF DISMISSAL

NOTE ON MOTION CALENDAR: 6/3/24

COMES NOW Defendants Kaiser Foundation Health Plan of Washington; Kaiser Foundation Health Plan of Washington Options, Inc.; Kaiser Foundation Health Plan of The Northwest; and Kaiser Foundation Health Plan, Inc. (collectively "Defendants") and Plaintiffs Andrea Schmitt; Elizabeth Mohundro; and O.L. by and through her parents, J.L. and K.L., each on behalf of themselves and on behalf of the class of persons certified by this court's order dated December 11, 2023 (Dkt. 170) (collectively "Plaintiffs"), by and through their respective counsel

STIPULATION AND PROPOSED ORDER OF DISMISSAL
CASE NO. 17-cv-1611 RSL
#5597429 v4 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 2:17-cv-01611-RSL   Document 186   Filed 06/03/24   Page 2 of 4

of record, hereby jointly stipulate that this matter has been fully resolved and that all of the claims in the above-entitled matter are dismissed with prejudice and without costs or fees.

IT IS SO STIPULATED this 3rd day of June, 2024.

| | |
|---|---|
| Dated:     6/3/24 | Dated:     6/3/24 |
| **SIRIANNI YOUTZ SPOONEMORE HAMBURGER** | **KARR TUTTLE CAMPBELL** |
| *s/Richard E. Spoonemore*<br>Eleanor Hamburger<br>Richard E. Spoonemore<br>3101 Western Avenue Ste 350<br>Seattle, WA 98121<br>206-223-0303<br>Fax: 206-223-0246<br>ehamburger@sylaw.com<br>rspoonemore@sylaw.com<br><br>*Attorneys for Plaintiffs* | *s/Medora A. Marisseau*<br>Medora A. Marisseau, WSBA #23114<br>Mark A. Bailey, WSBA #26337<br>Joshua M. Howard, WSBA #52189<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone:  206-223-1313<br>Facsimile:  206-682-7100<br>Email: mmarisseau@karrtuttle.com<br>mbailey@karrtuttle.com<br>jhoward@karrtuttle.com<br><br>*Attorneys for Defendants* |

STIPULATION AND PROPOSED ORDER OF DISMISSAL
CASE NO. 17-cv-1611 RSL
#5597429 v4 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# [PROPOSED] ORDER OF DISMISSAL

THIS MATTER comes before the Court upon stipulation set forth above. With good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED that all of the claims in the above-entitled matter are hereby DISMISSED in their entirety with prejudice and without award of costs or fees to any party.

DATED this ___ day of _____, 2024.

_____
The Honorable Robert S. Lasnik

Presented by:

**SIRIANNI YOUTZ SPOONEMORE HAMBURGER**

By: *s/Richard E. Spoonemore*
Eleanor Hamburger
Richard E. Spoonemore
*Attorneys for Plaintiffs*

**KARR TUTTLE CAMPBELL**

By: *s/Medora A. Marisseau*
Medora A. Marisseau, WSBA #23114
Mark A. Bailey, WSBA #26337
Joshua M. Howard, WSBA #52189
*Attorneys for Defendants*

STIPULATION AND PROPOSED ORDER OF DISMISSAL
CASE NO. 17-cv-1611 RSL
#5597429 v4 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to this action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104. On this day, I caused a true and correct copy of the foregoing document to be filed with the Court and served on the parties listed below in the manner indicated.

| Party | Method |
|---|---|
| Eleanor Hamburger<br>Richard E. Spoonemore<br>SIRIANNI YOUTZ SPOONEMORE HAMBURGER<br>3101 Western Avenue Ste 350<br>Seattle, WA 98121<br>206-223-0303<br>Fax: 206-223-0246<br>ehamburger@sylaw.com<br>rspoonemore@sylaw.com<br>*Attorneys for the Plaintiffs* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 3rd day of June, 2024, at Seattle, Washington.

       *s/Luci Brock*
       Luci Brock
       Legal Assistant

[PROPOSED] ORDER GRANTING DEFENDANTS' CROSS MOTION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 17-cv-1611 RSL
#5597429 v4 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100