UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANDREA SCHMITT; ELIZABETH MOHUNDRO; and O.L. by and through her parents, J.L. and K.L., each on their own behalf, and on behalf of similarly situated individuals,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN OF WASHINGTON; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; and KAISER FOUNDATION HEALTH PLAN, INC.,

Defendants.

CASE NO. 2:17-cv-1611-RSL

STIPULATION AND ORDER OF DISMISSAL

COMES NOW Defendants Kaiser Foundation Health Plan of Washington; Kaiser Foundation Health Plan of Washington Options, Inc.; Kaiser Foundation Health Plan of The Northwest; and Kaiser Foundation Health Plan, Inc. (collectively "Defendants") and Plaintiffs Andrea Schmitt; Elizabeth Mohundro; and O.L. by and through her parents, J.L. and K.L., each on behalf of themselves and on behalf of the class of persons certified by this court's order dated December 11, 2023 (Dkt. 170) (collectively "Plaintiffs"), by and through their respective counsel

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 17-cv-1611 RSL
#5597429 v4 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

of record, hereby jointly stipulate that this matter has been fully resolved and that all of the claims in the above-entitled matter are dismissed with prejudice and without costs or fees.

IT IS SO STIPULATED this 3rd day of June, 2024.

Dated:  6/3/24

**SIRIANNI YOUTZ SPOONEMORE HAMBURGER**

*s/Richard E. Spoonemore*
Eleanor Hamburger
Richard E. Spoonemore
3101 Western Avenue Ste 350
Seattle, WA 98121
206-223-0303
Fax: 206-223-0246
ehamburger@sylaw.com
rspoonemore@sylaw.com

*Attorneys for Plaintiffs*

Dated:  6/3/24

**KARR TUTTLE CAMPBELL**

*s/Medora A. Marisseau*
Medora A. Marisseau, WSBA #23114
Mark A. Bailey, WSBA #26337
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email: mmarisseau@karrtuttle.com
mbailey@karrtuttle.com
jhoward@karrtuttle.com

*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 17-cv-1611 RSL
#5597429 v4 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## ORDER OF DISMISSAL

On April 18, 2024, the Court entered an order finally approving a class action settlement agreement and granting the motion for attorney's fees, costs, and case contribution awards. Dkt. # 183. The matter is again before the Court upon stipulation set forth above.  With good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED that all of the claims in the above-entitled matter are hereby DISMISSED in their entirety with prejudice and without further award of costs or fees to any party.

Dated this 4th day of June, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 17-cv-1611 RSL
#5597429 v4 / 22408-614

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100